IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KALISHA OWENS-PRESLEY,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| v. | |
| **MCD PIZZA, INC., DOMINO'S PIZZA, MARK COSKUN and DOMINO'S PIZZA, INC.,** | **NO. 14-6002** |
| **Defendants.** | |

**O R D E R**

**AND NOW**, this 10th day of February, 2015, this matter having come before the Court on Domino's Pizza, Inc.'s Motion to Dismiss for Failure to State a Claim and the opposition thereto and on Mark Coskun's Motion to Dismiss for Failure to State a Claim and the opposition thereto, and in consideration of the parties' briefing thereon, it is **ORDERD** that Domino's Pizza, Inc.'s motion is **DENIED**; and

It is further **ORDERED** that Mark Coskun's motion to dismiss the PHRA claim against him is **DENIED**. Coskun's motion to dismiss the Title VII claim against him is **GRANTED** and that claim is dismissed **WITH PREJUDICE**.

BY THE COURT:


/s/ Wendy Beetlestone
_____
**WENDY BEETLESTONE, J.**