IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KALISHA OWENS-PRESLEY,**<br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**MCD PIZZA, INC. d/b/a DOMINO'S PIZZA, DOMINO'S PIZZA, MARK COSKUN d/b/a DOMINO'S PIZZA, and DOMINO'S PIZZA, INC.,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br>**NO.  14-6002** |

## ORDER

**AND NOW**, this 10th day of August, 2015, upon consideration of the Defendants Domino's Pizza, Inc. and Mark Coskun's Motion for Partial Summary Judgment [ECF No. 35]; the Plaintiff Kalisha Owens-Presley's response in opposition thereto [ECF No. 42]; and the Defendant's reply [ECF No. 45], and for the reasons provided in the Court's Opinion of August 10, 2015, **IT IS ORDERED** as follows:

(1) the motion for summary judgment is **GRANTED** as to Defendant Domino's Pizza, Inc.; all claims against Domino's Pizza, Inc. are **DISMISSED WITH PREJUDICE**;

(2) the motion for summary judgment is **DENIED** as to Defendant Mark Coskun; and

(3) counsel for the parties **SHALL ATTEND** a trial scheduling telephone conference on August 11, 2015, at 2:00 p.m.  Counsel for the Plaintiff shall initiate the call to Chambers (267-299-7450) when all counsel is on the line.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Wendy Beetlestone
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**